**Opinion issued July 12, 2012.**



In The

# Court of Appeals
**For The**
# First District of Texas

———

**NO. 01-12-00495-CV**

———

**NORMA DAVID, Appellant**

**V.**

**VIRGINIA DAVID, Appellee**

On Appeal from 165th District Court
Harris County, Texas
Trial Court Cause No. 2007-70840

## MEMORANDUM OPINION

Appellant Norma David has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment

of fees in civil cases unless indigent), 20.1 (listing requirements for establishing

indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified that the appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.